# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  ED CV 16-523-PSG (PLA)　　　　　　　　　　　　　　　　Date June 20, 2016

Title:　Leslie Latham v. J. Turner, et al.

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS:**    **(IN CHAMBERS)**

Pursuant to this Court's Order of April 25, 2016, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by May 25, 2016). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than July 20, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **July 20, 2016**, shall be deemed compliance with this Order to Show Cause.

cc:　Leslie Latham, pro se

Initials of Deputy Clerk____ch____