# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LESLIE LATHAM,<br><br>    Plaintiff,<br><br>v.<br><br>J. TURNER, et al.,<br><br>    Defendants. | No. ED CV 16-523-PSG (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motion to Dismiss is denied.
3. Defendants are ordered to file an answer to the Third Amended Complaint within 21 days of the date of service of this Order.
4. The clerk shall serve this Order on all counsel or parties of record.

DATED: 9/5/17

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE